CASE 100—MOTION—January 18.

# Ponder, Etc. v. Lard.

APPEAL FROM WOLFE CIRCUIT COURT.

1. APPEALS—JURISDICTION.—In an action for damages for trespass in cutting timber, where a defendant although denying the plaintiff's title to the land, does not claim title in himself, the title to the real estate is not so involved as to give this court jurisdiction of an appeal where the judgment was for less than the amount fixed by the statute as giving this court jurisdiction.

J. B. WHITE FOR APPELLANTS.

JOHN L. SCOTT & SON, FOR APPELLEE.

JUDGE WHITE DELIVERED THE OPINION OF THE COURT.

This is an action for trespass for cutting timber, brought by appellee against appellants in the Wolfe Circuit Court. Upon trial by jury a judgment of $25 was rendered against appellants, that being the value of the timber cut as fixed by the jury. The question of the jurisdiction of this court is presented by appellee in a motion to dismiss. If there be no question of title involved this court clearly has no jurisdiction of a judgment of only $25.

The petition alleges title and possession of a certain boundary of land, and charges trespass by appellants cutting timber, etc. The answer "denies that appellee (plaintiff below) is the owner or in possession of the boundary described or of any land extending west of the north 9 west line of Samuel Young," etc., and "deny that they unlawfully or wrongfully entered, cut and removed timber," etc. The answer nowhere claims the land as that of defendant, and while it denies the right of recovery the answer does not

bring into question; the title, so that a judgment herein would bar an action in ejectment.

Therefore, we are of opinion that the only amount in controversy is the judgment for $25, and that sum being below this court's jurisdiction the appeal is dismissed.